Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JORGE MEJIA,                                             )     CASE NO. 2:20-cv-00801-JCM-DJA
                                                         )
                     Plaintiff,                          )     ORDER GRANTING MOTION
                                                         )     TO WITHDRAW
         vs.                                             )
                                                         )
SECURITYNATIONAL MORTGAGE                                )
COMPANY, a Utah Corporation,                             )
                                                         )
                     Defendant.                          )
                                                         )
                                                         )
                                                         )

     Michael P. Balaban seeks to withdraw as counsel of record for Plaintiff Jorge Mejia in the above-captioned litigation.  As this Court finds Mr. Balaban has submitted satisfactory reasoning and good cause for withdrawal, and that the granting of his motion will not cause substantial prejudice or delay to any party,

     IT IS HEREBY ORDERED that Michael P. Balaban's Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Michael P. Balaban is hereby terminated as counsel in this proceeding and Plaintiff Jorge Mejia will represent himself.

///

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Jorge Mejia to the civil docket and send a copy of this Order to Plaintiff's last known address:

Jorge Mejia
11897 S. Partenio Court
Las Vegas, NV 89183
702-510-3546
mejiamejiageorge@gmail.com

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE