Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
Chad D. Olsen
Nevada Bar No. 12060
colsen@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendant
SECURITYNATIONAL MORTGAGE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE MEJIA, | Case No. 2:20-cv-00801-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SECURITYNATIONAL MORTGAGE COMPANY, a Utah Corporation, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///

KING & DURHAM PLLC
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 833-1100

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jorge Mejia

2  ("Plaintiff") and Defendant SecurityNational Mortgage Company ("Defendant") to dismiss, with

3  prejudice, Plaintiff's complaint against Defendant, and each and every cause of action or claim for

4  injury and/or damage therein, with each party to bear its own fees and costs.

5

6  DATED:

7        2/12/2021

                                        Jorge Mejia
8                                       11897 S. Partenio Court
                                        Las Vegas, NV 89183
9                                       (702) 510-3546
                                        Email: mejiamejiageorge@gmail.com;

10                                      Pro Se Plaintiff

11

12

13  DATED: 2/12/2021          KING & DURHAM PLLC

14

15                           By _____
                                Matthew L. Durham, NV Bar No. 10342
16                              6385 S. Rainbow Blvd., Suite 220
                                Las Vegas, Nevada 89118
17                              Tel. (702) 833-1100

18

19                           Attorneys for Defendant
                             SECURITYNATIONAL MORTGAGE
20                           COMPANY

21

22                           **ORDER**

23

24                           IT IS SO ORDERED.

25           February 17, 2021
26  DATED: _____       _____
                                  UNITED STATES DISTRICT JUDGE
27

28

-2-